# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0318
_____

TYRONE WELLS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


May 31, 2018


PER CURIAM.

We dismissed the appeal in *Wells v. State*, case number 1D17-4309, when Wells failed to respond to an order on untimeliness. We now grant Wells's petition for belated appeal, which we treat as a motion to reinstate, and we reinstate case number 1D17-4309. The initial brief in case number 1D17-4309 shall be filed within thirty days of the date of this opinion.

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tyrone Wells, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.